JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 910 -- In re Freedom Magazine/Internal Revenue Service FOIA Litigation

| Date | Pldg. # | Pleading Description |
|---|---|---|
| 91/11/08 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS A-1 thru A-8) Filed by defts. Internal Revenue Service w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: D. DISTRICT OF COLUMBIA -- SUGGESTED TRANSFEREE JUDGE: ? |
| 91/11/19 | | APPEARANCES -- BEVERLY A. MOSES, ESQ. for Internal Revenue Service (sg) |
| 91/11/21 | | APPEARANCE: JAMES A. MILES, ESQ. FOR Freedom Magazine (cdm) |
| 91/12/03 | 2 | RESPONSE -- (to pldg. 1) filed by pltfs. Freedom Magazine -- w/brief, Exhibits A and B, and cert. of svc. (kac) |
| 91/12/11 | 3 | REPLY -- filed by deft. Internal Revenue Service -- with cert. of svc. (kac) |
| 91/12/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/01/31 | | HEARING APPEARANCES -- (For Hearing on 1/31/92 in Phoenix, AZ) BEVERLY A. MOSES, ESQ. for Internal Revenue Service and JEFFREY S. ADELMAN, ESQ. for Freedom Magazine (rh) |
| 92/02/12 | | APPEARANCE -- STEPHEN J. WEINBAUM, ESQ. for Freedom Magazine (bas) |
| 92/02/12 | | CONSENT OF TRANSFEREE DISTRICT -- consenting to the assignment of litigation to the Hon. Stanley Sporkin (ds) |
| 92/02/12 | | TRANSFER ORDER -- transferring A-1 thru A-8 to the District of the District of Columbia for pretrial proceedings -- Notified involved clerks, judge, counsel and misc. recipients (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 910 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FREEDOM MAGAZINE/INTERNAL REVENUE SERVICE FOIA LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates January 31, 1992 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 12, 1992 | TO | Unpublished | D. D.C. | Stanley Sporkin | |

Misc # 92-85

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 910 -- In re Freedom Magazine/Internal Revenue Service FOIA Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Freedom Magazine v. I.R.S. | Cal.,C. Ideman | C91-5298-JMI(Tx) | 2/12/92 | 92-468 | — | |
| A-2 | Freedom Magazine v. I.R.S. | Ga.,N. O'Kelley | 1:91-CV-2508-WCO | 2/12/92 | 92-469 | | Closed 2/16/93 & rebeigheit 6/16/93 |
| A-3 | Freedom Magazine v. I.R.S. | Ohio,S. Spiegel | C-1-91-704 | 2/12/92 | 92-470 | | |
| A-4 | Freedom Magazine v. I.R.S. | Mass Keeton | 91-12598 K | 2/12/92 | 92-471 | | |
| A-5 | Freedom Magazine v. I.R.S. | Md. Howard | JH-91-2921 | 2/12/92 | 92-472 | | |
| A-6 | Freedom Magazine v. I.R.S. | Fla.,S. Zloch | 91-6813-Civ-Zloch | 2/12/92 | 92-473 | | |
| A-7 | Freedom Magazine v. I.R.S. | N.C.,M. Tilley | 2:91-CV-498 | 2/12/92 | 92-474 | | |
| A-8 | Freedom Magazine v. I.R.S. | Fla.,M. Melton | 91-825-Civ-J-12 | 2/12/92 | 92-475 | | |

July 1992 8/Tr - 8 Pending

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 910 -- IN RE FREEDOM MAGAZINE/INTERNAL REVENUE SERVICE FOIA LITIGATION

**FREEDOM MAGAZINE (A-1)**
(No appearance received)
Kendrick L. Moxon, Esq.
Bowles & Moxon
6255 Sunset Boulevard
Suite 2000
Hollywood, California 90028

**INTERNAL REVENUE SERVICE**
Beverly A. Moses, Esq.
Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044

**FREEDOM MAGAZINE (A-2)**
(No appearance received)
Howard Jarrett Weintraub, Esq.
230 Peachtree Steet, N.W.
Suite 900
Atlanta, Georgia 30303

**FREEDOM MAGAZINE (A-3)**
(Unable to determine counsel or address)

**FREEDOM MAGAZINE (A-4)**
(No appearance received)
Earl C. Cooley, Esq.
Cooley, Manion, Moore & Jones, P.C.
21 Custom House Street
Boston, Massachusetts 02110

**FREEDOM MAGAZINE (A-5)**
Paula M. Junghans, Esq.
Venable, Baetjer & Howard
1800 Mercantile Bank & Trust Building
2 Hopkin Plaza
Baltimore, Maryland 21201

**FREEDOM MAGAZINE (A-6)**
Jon A. Sale, Esq.
Benedict P. Kuehne, Esq.
Sonnett, Sale & Kuehne, P.A.
One Biscayne Tower #2600
Two South Biscayne Blvd.
Miami, Florida 33131-1802

**FREEDOM MAGAZINE (A-7)**
James W. Miles, Jr., Esq.
Stern, Graham & Klepfer
P.O. Box 3112
600 NCNB Building
101 West Friendly Avenue
Greensboro, North Carolina 27402

**FREEDOM MAGAZINE (A-8)**
Stephen J. Weinbaum, Esq.
Willis & Weinbaum
503 East Monroe Street
Jacksonville, Florida 32202

Case MDL No. 910   Document 1   Filed 06/16/15   Page 4 of 5

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 910 -- In re Freedom Magazine/Internal Revenue Service FOIA Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| INTERNAL REVENUE SERVICE | A-1 - A-8 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |