JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 12 92

PATRICIA S. HOWARD
CLERK OF THE PANEL

## DOCKET NO. 910

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE FREEDOM MAGAZINE/INTERNAL REVENUE SERVICE FOIA LITIGATION

## BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD,* ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

## TRANSFER ORDER

This litigation presently consists of eight actions pending in eight federal districts: one action each in the Central District of California, the Northern District of Georgia, the Southern District of Ohio, the District of Massachusetts, the District of Maryland, the Southern District of Florida, the Middle District of North Carolina and the Middle District of Florida. Before the Panel is a motion brought pursuant to 28 U.S.C. §1407 by the common defendant Internal Revenue Service (IRS), seeking transfer of the eight actions to the District of the District of Columbia for coordinated or consolidated pretrial proceedings. Freedom Magazine, the plaintiff in each action, opposes the motion.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that transfer under Section 1407 to the District of the District of Columbia will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions arise from parallel Freedom of Information Act (FOIA) requests made to national, regional and district offices of the IRS by Freedom Magazine, a publication of the Church of Scientology. Common factual questions are present because i) all actions involve identically worded underlying FOIA requests seeking information relating to summary records of federal tax assessments, and ii) the IRS forwarded all such requests to its national office for coordinated treatment. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

* Judge Woodward took no part in the decision of this matter.

- 2 -

We are persuaded that the District of the District of Columbia is the most appropriate transferee forum for this litigation. Ordinarily we are reluctant to select as transferee forum a district in which no related action is pending unless appropriate circumstances exist warranting such a transfer. *See In re Sundstrand Data Control, Inc. Patent Litigation*, 443 F.Supp. 1019, 1021 (J.P.M.L. 1978). We find that such circumstances exist in the instant litigation, in light of the following: 1) the IRS national office in the District of Columbia is in charge of coordinating the agency's response to the underlying FOIA requests, and many relevant witnesses and documents are therefore likely to be found there; and 2) the constituent action pending in the Central District of California seeks IRS records located at the national office in the District of Columbia.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A be, and the same hereby are, transferred to the District of the District of Columbia and, with the consent of that court, assigned to the Honorable Stanley Sporkin for coordinated or consolidated pretrial proceedings.

FOR THE PANEL:

John F. Nangle
Chairman

# SCHEDULE A

## MDL-910 -- In re Freedom Magazine/Internal Revenue Service FOIA Litigation

### Central District of California

Freedom Magazine v. Internal Revenue Service,
C.A. No. C91-5298-JMI(Tx)

### Northern District of Georgia

Freedom Magazine v. Internal Revenue Service,
C.A. No. 1:91-CV-2508-WCO

### Southern District of Ohio

Freedom Magazine v. Internal Revenue Service,
C.A. No. C-1-91-704

### District of Massachusetts

Freedom Magazine v. Internal Revenue Service,
C.A. No. 91-12598-K

### District of Maryland

Freedom Magazine v. Internal Revenue Service,
C.A. No. JH91-2921

### Southern District of Florida

Freedom Magazine v. Internal Revenue Service,
C.A. No. 91-6813-Civ-Zloch

### Middle District of North Carolina

Freedom Magazine v. Internal Revenue Service,
C.A. No. 2:91-CV-498

### Middle District of Florida

Freedom Magazine v. Internal Revenue Service,
C.A. No. 91-825-Civ-J-12